**Order entered March 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00213-CV

### IN RE PHUNG VAN TRAN, Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-51820-2014**

## ORDER
Before Justices Lang-Miers, Brown and Whitehill

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** relator's motion for emergency stay. We **ORDER** relator to bear the costs of this

original proceeding.


        /s/     BILL WHITEHILL
               JUSTICE